AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
NOV 19 2019
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES OF AMERICA

V.

JOSE ARMANDO SULUB-CHAN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 2:19-CR-0075-JTR-5

The Defendant was found not guilty of Ct. 1 of the Indictment. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

John T. Rodgers     Magistrate Judge
Name of Judge     Title of Judge

11/19/2019
Date